NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**ROBERT W. STEELE,**
*Petitioner,*

**v.**

**DEPARTMENT OF AGRICULTURE,**
*Respondent.*

———————————

2014-3055

———————————

Petition for review of the Merit Systems Protection Board in No. CH-0752-12-0680-L-1.

———————————

**ON MOTION**

———————————

PER CURIAM.

**O R D E R**

Robert W. Steele submits a motion appearing to seek reconsideration of this court's February 7, 2014 order rejecting his informal opening brief. Mr. Steele also appears to seek various relief related to the merits of his case.

This court rejected Mr. Steele's informal brief because it did not include a proof of service and it was not filed on

2                              STEELE v. DEPARTMENT OF AGRICULTURE

the proper form.  In addition, Mr. Steele has not yet paid the filing fee for this petition for review or moved to proceed *in forma pauperis*, and he has not filed a Federal Circuit Rule 15(c) Statement Concerning Discrimination.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is denied.

(2) Within 21 days of the date of this order, Mr. Steele shall file a corrected informal brief which includes a proof of service, Pro Se Guide, paragraph 12, and which is submitted on the proper form, Pro Se Guide, paragraph 13; Form 11.  Within 21 days of the date of this order, Mr. Steele shall also file a Statement Concerning Discrimination, Form 10.

(3) If Mr. Steele wishes to proceed with this appeal without paying the filing fee, then within 21 days of the date of this order, he must file a Motion and Declaration for Leave to Proceed in Forma Pauperis on Form 6. Otherwise, Mr. Steele must pay the required filing fee.

(4) If Mr. Steele does not make the required filings above, this petition for review will be dismissed for want of prosecution.

(5) The Clerk's Office is directed to mail Mr. Steele copies of Forms 6, 10, and 11 with a copy of this order.

FOR THE COURT


/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s30